ERNEST A. CARDOZO, as Sole Surviving Trustee, etc., Appellant, v.
ELLA A. BORDEN, Respondent.

Supreme Court, Appellate Term, First Department, February 27, 1925.

**Landlord and tenant — lease — notice from landlord to tenant indicating
election to terminate lease of premises as of certain date and increasing
rent does not operate as renewal of lease.**

A notice from a landlord electing to terminate a lease as of a certain date and
indicating that after that date the rent will be increased does not operate as
a renewal of the lease, particularly where the evidence discloses that a large
part of the premises is leased to various subtenants and that the premises are
not actually being occupied by the tenant.

APPEAL by landlord from final order of the Municipal Court
of the City of New York, Borough of Manhattan, Fifth District,
in favor of the tenant, dismissing the landlord's petition at the
end of the landlord's case, after trial by the court with a jury.

*Sidney B. Cardozo* [*Edward S. Greenbaum* of counsel], for the
appellant.

*Bloomberg & Bloomberg* [*Harry A. Bloomberg* of counsel], for the
respondent.

PER CURIAM:

The tenant holding under a lease received a notice from the
landlord electing to terminate the lease on October 1, 1924. It
contained a further provision that after that date the rent or
the rental value would be $4,500 per year. The tenant refused
to vacate and claims that the notice operated as a renewal of the
lease. There is no basis whatever for such a claim. The tenant
also rests upon the rent laws and the landlord counters by showing
indisputably that a large part of the premises is rented out to various
subtenants for various purposes and that the premises are not
really being occupied by the tenant. The judgment dismissing
the petition is clearly wrong and must be reversed. (*Davies* v.
*Aylan,* 123 Misc. 932; *Nystad & Krassner, Inc.,* v. *Zerbe,* 210 App.
Div. 217.)

Judgment reversed and new trial ordered, with thirty dollars
costs to the appellant to abide the event.

All concur; present, GUY, McCOOK and PROSKAUER, JJ.